AARON D. FORD
  Attorney General
Christopher M. Guy (Bar No. 15239)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Defendant Jennifer Nash*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOLMES,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN BRIAN WILLLIAMS, et al.<br><br>    Defendants. | Case No. 2:20-cv-00264-KJD-BNW<br><br>~~STIPULATION AND~~ ORDER FOR DISMISSAL WITH PREJUDICE |

It is stipulated and agreed by and between Plaintiff Robert Holmes, *pro se*, and Defendant, Jennifer Nash, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy, Deputy Attorney General, that the above-caption matter has been resolved.

///

///

1

The stipulation is made following the September 10, 2021, Inmate Early Mediation Conference. As a result, the above-captioned matter is dismissed with prejudice, each party will bear their own attorneys' fees and costs, and that the Court may accordingly close the case.

DATED: 9/10, 2021

By: /s/ Robert Holmes
Robert Holmes
*Plaintiff Pro Se*

DATED: September 10, 2021

By:/s/Christopher M. Guy
Christopher M. Guy, Bar No. 15239
Deputy Attorney General
*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/13/2021